## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

ALEEA FRAZIER

Plaintiff,

v.

WALGREEN CO.,

Defendant.

No.

District Court Judge:
Magistrate Judge:

JURY DEMAND

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that the Defendant, Walgreen Co., removes this case to the United States District Court for the Middle District of Tennessee, Nashville Division, pursuant to 28 U.S.C. §1441 and §1446. The grounds for the removal are as follows:

1.     Plaintiff, Aleea Davis, filed this action on July 5, 2022, in the Circuit Court of Dickson County, Tennessee. The suit was styled: Aleea Frazier, Plaintiff v. Walgreens Co., docket number 22CC-2022-CV-73. A true and correct copy of the pleading is attached hereto as Exhibit A.

2.     Defendant's correct identity is Walgreen Co. Walgreens Co. is a misnomer and should be amended.

3.     Suit was mailed to the Defendant, Walgreen Co., via certified mail on September 16, 2022, and it was served on Defendant on September 21, 2022.

4.     Other than the filing of the Complaint, no proceedings have taken place in this matter.  Walgreen Co. removes this action to the United States District Court for the Middle District of Tennessee, Nashville Division pursuant to the provisions of 28 U.S.C. §1441 on the grounds that this Court has jurisdiction pursuant to 28 U.S.C. §1332.

5.     The Plaintiff, Aleea Frazier, alleges in the Complaint that she is a citizen and resident of Dickson, Dickson County, Tennessee.  (Complaint, ¶ 1).

6.     Plaintiff alleges that the incident occurred in Dickson County, Tennessee.  (Complaint, ¶ ¶ 3 and 4)

7.     Walgreen Co. is an Illinois company with a principal place of business in Deerfield, Lake County, Illinois.

8.     The dispute is between persons of different states and the amount in dispute between the parties involves claim by Plaintiff of damages, exclusive of costs and interest, exceeding $75,000; therefore, it meets the jurisdictional requirements of this Court pursuant to the provisions of 28 U.S.C. § 1332(a).

7.     Venue is correct in the United States Middle District Court of Tennessee because Plaintiff's action is alleged to have occurred in the jurisdiction of this District Court and is currently pending in Dickson County, Tennessee.

8.     Counsel for this Defendant has served on counsel for Plaintiff a Notice of Removal. Copies of the Notice of Removal and Petition for Removal will have been filed in Dickson County Circuit Court by this Defendant within 30 days of service of the Complaint on Defendant.

**WHEREFORE**, please take notice that Defendant, Walgreen Co., removes the state action currently styled as Aleea Frazier, Plaintiff v. Walgreens Co., Defendant, docket number 22CC-2022-CV-7322 from the Circuit Court of Dickson County, Tennessee, where it is now pending, to the United States District Court for the Middle District of Tennessee on this the 14th day of October 2022.

Respectfully submitted,

**BARTON, PLLC**

/s/ Marc O. Dedman
Marc O. Dedman
1033 Demonbreun Street
Suite 300
Nashville, Tennessee 37203
(615) 340-6790 (Office)
(615) 340-6791 (Direct)
mdedman@bartonesq.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent via United States mail, postage prepaid, and via email attachment, properly addressed To Megan R. Geer, Esq., 3326 Aspen Grove Drive, Suite 310, Lincoln Square, Franklin, TN  37067, mgeer@grimmettlawfirm.com this the 14th day of October, 2022.

/s/ Marc O. Dedman
Marc O. Dedman